**Christopher A. GRANSBY, Plaintiff–Appellant,**

v.

**VIRGINIA DEPARTMENT OF CORRECTIONS, Defendant–Appellee.**

No. 03–6902.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 22, 2003.

Christopher A. Gransby, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher A. Gransby seeks to appeal the district court's dismissal of his 42 U.S.C. § 1983 action without prejudice for his failure to pay a partial filing fee. We have reviewed the record and the district court's order and find no error. Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*